# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>The Sum of $20,000,000 in Funds et al.,<br>　　　　Defendant. | LA CV 25-00474-DSF-BFM<br><br>Order to Show Cause re Dismissal for Lack of Prosecution |

　　　The Federal Rules of Civil Procedure require a plaintiff to serve process on the defendants within 90 days of the filing of the complaint.  Fed. R. Civ. P. 4(m).  The Court may extend this deadline for good cause.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for at least one defendant.  Therefore, Plaintiff is ordered to show cause no later than May 5, 2025, why the unserved defendants should not be dismissed for failure to prosecute.  The filing of proofs of service showing that the relevant defendants were served within the 90-day period or a showing of good cause for extending the service period constitute adequate responses to this order.

IT IS SO ORDERED.

Date: April 21, 2025

_____
The Honorable Dale S. Fischer
United States District Judge